EXHIBIT

A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 33684427**
**Date Processed: 04/01/2026**

| | |
|---|---|
| **Primary Contact:** | Caitlyn Owens<br>Honeywell International<br>855 S Mint St<br>Charlotte, NC 28202-1517 |

| | |
|---|---|
| **Entity:** | Honeywell International Inc.<br>Entity ID Number  2034040 |
| **Entity Served:** | Honeywell International, Inc. |
| **Title of Action:** | Larry Scott vs. Honeywell International, Inc. |
| **Matter Name/ID:** | Larry Scott vs. Honeywell International, Inc. (19004263) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | East Baton Rouge Parish District Court, LA |
| **Case/Reference No:** | C-776100 21 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 03/31/2026 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Big River Trial Attorneys<br>225-963-9638 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# SERVICE COPY



**D18907097**

## CITATION

**LARRY SCOTT**
(Plaintiff)

**VS**

**HONEYWELL INTERNATIONAL, INC.**
(Defendant)

**NUMBER C-776100  "21"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:  HONEYWELL INTERNATIONAL, INC.**
       **THROUGH AGENT:**
       **CORPORATION SERVICE COMPANY**
       **450 LAUREL ST, 8TH FLOOR**
       **BATON ROUGE,  LA 70801**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:

1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 27, 2026.**



*Rebekah Carter*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MESSER, RUSTY M.**
*The following documents are attached:

**PETITION FOR DAMAGES**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

EAST BATON ROUGE PARISH
Filed Mar 27, 2026 9:36 AM
Deputy Clerk of Court
E-File Received Mar 27, 2026 9:23 AM

C-776100
21

LARRY SCOTT

versus

HONEYWELL INTERNATIONAL, INC.

SUIT NO: _____ DIV: ____

19TH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, LARRY SCOTT, who avers as follows:

1.

Plaintiff, LARRY SCOTT, is a person of the full age of majority residing and domiciled in East Baton Rouge Parish, Louisiana.

2.

Made Defendant is HONEYWELL INTERNATIONAL, INC, a foreign corporation with its principal business office in Charlotte, North Carolina, but having both its principal business establishment in the state of Louisiana and its registered agent in the state of Louisiana located in East Baton Rouge parish.

3.

Venue is proper in this parish pursuant to La. C.C.P. art. 42 because the Defendant has its principal business establishment in East Baton Rouge parish and pursuant to La. C.C.P. art. 74 because the wrongful conduct occurred in this parish and gave rise to damages suffered in this parish.

4.

On the evening of December 19, 2025, Mr. Scott was on a mission for the benefit of L&B Transport, LLC, delivering a load of caustic to the Honeywell facility located at 12000 Airline Highway in Baton Rouge.

Certified True and Correct Copy
CertID: 2026032700943

*Rashedah Carter*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/27/2026 3:18 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5.

Delivery of the chemical required connecting a hose from the truck Mr. Scott was operating to Honeywell's line to transfer the chemical into Honeywell's tank using air pressure.

6.

Two Honeywell employees initially assisted with hooking up the hoses and setting up the transfer. After the hoses were connected, the Honeywell employees left the area leaving Mr. Scott alone to complete the process.

7.

When air pressure was applied, the chemical began flowing. Shortly after, Mr. Scott heard a sound similar to running water. He checked his own hose and found no leak. He then checked Honeywell's side and observed caustic pouring out from one of Honeywell's valves below the connection.

8.

Mr. Scott was unable to reach the valve from the side of the retaining wall he was on and there was not a standard shutoff handle or shutoff that he could access on his side of the retaining wall. He tried to locate plant personnel for help but was unable to find anyone.

9.

Mr. Scott then returned to the area and continued to attempt to stop the flow, which was being released under approximately 30 pounds of pressure. As Mr. Scott was investigating the leak the valve released caustic under pressure resulting in him being struck in the face and eyes despite his use of personal protective equipment. The exposure caused immediate injury, swelling, and impaired vision, effectively blinding him in one of his eyes.

10.

Mr. Scott went to use the eye wash station when a Honeywell employee found him, asked him what happened, and escorted him back to the unloading area. Mr. Scott overheard one of the Honeywell employees state that the valve should not have been open. A Honeywell employee then used a wrench to shut off the valve on Honeywell's side.



**Certified True and Correct Copy**
CertID: 2026032700943

_Rocheedah Carter_

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/27/2026 3:18 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

11.

Mr. Scott was provided with a clear liquid solution to flush his eyes and was then transported via ambulance to the emergency room at Our Lady of the Lake Hospital.

12.

Mr. Scott avers that the negligent actions or omissions of Honeywell and its employees were a cause or contributing factor of his injuries in at least the following ways:

a) Failure of Honeywell employees to remain in the area and oversee the chemical delivery;

b) Failure to close the valve prior to allowing for delivery of the chemical;

c) Failure to use a lock out/tag out process on the valve to prevent others from opening it;

d) Failure to supply a proper shutoff for the valve;

e) Failure to properly inspect the worksite before allowing delivery of the caustic/hydrochloric acid;

f) Failure to provide instructions for the valve operation in the absence of a Honeywell Site Escort;

g) Failure to orientate visitors to the site/area of operation;

h) Failure to properly connect the hose on the receiving end of the chemical transfer;

i) Failure to provide proper equipment;

j) Failure to provide an adequate emergency shutoff;

k) Failure to have adequate lighting;

l) Failure to have in place proper policies and procedures for the delivery of caustic/hydrochloric acid; and

m) Other such acts or omissions as will be shown at the trial of this matter.

13.

As a result of the injuries Mr. Scott has incurred and will incur:

1. Past medical expenses;

2. Future medical expenses;

3. Past lost wages;

4. Future lost wages:

5. Past physical pain and suffering;


**Certified True and Correct Copy**
CertID: 2026032700943

*Rebekah Carter*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/27/2026 3:18 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6. Future physical pain and suffering;

7. Past mental anguish and emotional distress;

8. Future mental anguish and emotional distress:

9. Past loss of enjoyment of life;

10. Future loss of enjoyment of life;

11. Disability; and

12. Scarring and disfigurement.

14.

Plaintiff is free from all fault.

15.

Plaintiff's injuries and damages are estimated to exceed fifty thousand dollars exclusive of interest and costs.

16.

Plaintiff requests trial by jury.

**WHEREFORE**, Plaintiff, LARRY SCOTT prays that Defendant, HONEYWELL INTERNATIONAL, INC., be served with this petition, and after being duly cited to appear and answer same, and the expiration of all legal delays and due proceedings be had, that there be judgment rendered in favor of Plaintiff, and against Defendant, for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for such other equitable relief to which Plaintiff may be entitled.

Respectfully Submitted,

BIG RIVER
TRIAL ATTORNEYS

**RUSTY M. MESSER (#30634)**
4626 Sherwood Common Blvd., Suite 302
Baton Rouge, LA 70816
Telephone: (225) 963-9638
Facsimile: (225) 384-6762
*rusty@BigRiverLaw.com*


**Certified True and Correct Copy**
CertID: 2026032700943

*Rebekah Carter*
East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/27/2026 3:18 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**PLEASE SERVE:**

Honeywell International, Inc.
through its registered agent:
Corporation Service Company
450 Laurel Street, 8th Floor
Baton Rouge, LA 70801



**Certified True and**
**Correct Copy**
CertID: 2026032700943

*Rosheelah Carter*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/27/2026 3:18 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# RETURN COPY



**D18907097**

## CITATION

**LARRY SCOTT**
(Plaintiff)

**VS**

**HONEYWELL INTERNATIONAL, INC.**
(Defendant)

**NUMBER C-776100  "21"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:   **HONEYWELL INTERNATIONAL, INC.**
      **THROUGH AGENT:**
      **CORPORATION SERVICE COMPANY**
      **450 LAUREL ST, 8TH FLOOR**
      **BATON ROUGE,  LA 70801**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MARCH 27, 2026.**



*Rochodah Carter*
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: MESSER, RUSTY M.**
*The following documents are attached:

**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ by, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
*GARAFOLA #0577*
*Deputy Sheriff, Parish of East Baton Rouge, Louisiana*

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

RECEIVED

MAR 3 0 2026

E.B.R. Sheriff Office